# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMABILIA PERAZA-SANCHEZ,<br><br>Defendant. | Case No. 18CR4839-GPC<br><br>**JUDGMENT AND ORDER ON UNITED STATES' MOTION TO DISMISS INFORMATION** |

Having considered the United States' Motion to Dismiss the Information in this case without prejudice pursuant to Fed. R. Crim. P. 48(a), this Court hereby grants the United States leave of court to dismiss the information in this case. Accordingly, the complaint is hereby dismissed, without prejudice, pursuant to Fed. R. Crim. P. 48(a).

**IT IS SO ORDERED.**

Dated: November 30, 2018

Hon. Gonzalo P. Curiel
United States District Judge